1  Michael J. McCue (CA Bar No. 296425)
   E-mail:mmccue@lrrlaw.com
2  Jonathan W. Fountain (*pro hac vice* pending)
   E-mail:jfountain@lrrlaw.com
3  LEWIS ROCA ROTHGERBER LLP
   3993 Howard Hughes Pkwy, Suite 600
4  Las Vegas, NV 89169-5996
   Tel: 702.949.8200
5  Fax: 702.949.8398

6  Attorneys for Defendant
   VISA INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>VISA INC., a Delaware corporation, and DOES 1-100,<br><br>        Defendants. | Case No. 3:15-cv-000239-JSC<br><br>Honorable Magistrate Judge Jacqueline Scott Corley<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT VISA, INC.'S MOTION TO TRANSFER** |

This matter came before the Court on Defendant Visa Inc.'s Motion to Transfer. The Court rules as follows:

Pursuant to 28 U.S.C. § 1404(a), Visa's Motion to Transfer this case to the United States District Court for the Southern District of New York is hereby GRANTED.

IT IS SO ORDERED.

Dated:

By: _____
Honorable Magistrate
Judge Jacqueline Scott Corley

[PROPOSED] ORDER GRANTING MOTION TO TRANSFER