Michael J. McCue (CA Bar No. 296425)
E-mail: mmccue@lrrlaw.com
Jonathan W. Fountain (*pro hac vice* pending)
E-mail: jfountain@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398

Attorneys for Defendant
VISA INC., a Delaware corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>VISA INC., a Delaware corporation, and DOES 1-100,<br><br>Defendants. | Case No. 3:15-cv-000239-JSC<br><br>Honorable Magistrate Judge Jacqueline Scott Corley<br><br>**DECLARATION OF REBECCA J. CONTLA** |

DECLARATION OF REBECCA J. CONTLA

I, Rebecca J. Contla, state the following:

1. I am an employee of Lewis Roca Rothgerber LLP, counsel for Defendant Visa, Inc. in this action. Unless expressly stated otherwise, I have personal knowledge of the facts set forth herein and I am competent to testify.

2. At the request of my supervisor, Jonathan W. Fountain, I reviewed the First Amended Complaint and the exhibits attached thereto in the action entitled *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*, Case No. 7:13-cv-09239 (S.D.N.Y.) (the "New York Action"). I compared the specific hotels, copyright registrations, and images identified in the First Amended Complaint and exhibits in the New York Action to the specific hotels, copyright registrations, and images identified in the Complaint and exhibits in this action. I did so to determine which specific hotels, copyright registrations, and images at issue in this action are also at issue in the New York Action.

3. I determined that 100% of the hotels and copyright registrations that are at issue in this case is also present in the New York Action.

4. This action involves the following hotels: (a) The Setai Miami, (b) The Chedi Muscat, (c) The Nam Hai Hoi An, (d) The Chedi Club Ubud, (e) The Chedi Chiang Mai, (f) The Leela Goa, and (g) The Daetai Langkawi. (Compl. ¶ 11). The New York Action involves the same hotels. (New York Action, First Am. Compl. ¶ 10.)

5. This action involves the following copyright registrations: (a) VAu 1-055-458; (b) VA 1-432-325; (c) VA 1-432-326; (d) VA 1-432-328; (e) VA 1-432-329; (f) VA 1-432-331; (g) VA 1-758-524; and (h) VA 1-825-429. (Compl. ¶¶ 14, 25.) The New York Action involves the very same copyright registrations (New York Action, First Am. Compl. ¶¶ 77, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156.)

6. Thus, all of the hotels and copyright registrations at issue in this case are at issue in the New York Action.

7. I also determined that approximately 56-58% of the images at issue in this action

are also at issue in the New York Action. Of the 45 or 46 images Plaintiff The Wave Studio, LLC ("Wave") alleges have been infringed in this action, Wave has alleged that 26 of those same images have been infringed by General Hotel Management Ltd. ("GHM") and others in the New York Action. For example, Wave attached four (4) images of The Chedi Club at Tanah Gajah, Ubud to the Complaint it filed in this case. Wave also attached four (4) images of the same hotel to the Complaint in the New York Action, claiming that those images had been infringed. Two of the images are the same in this case and in the New York Action. Thus, approximately 56-58% of the images at issue in this action are also at issue in the New York Action.

8. I memorialized the results of my review in the following color-coded table by highlighting the exhibit numbers to the respective complaints where the same images appear in both cases. The number of distinct colors in a given box represents the number of images that are the same for a given location. For instance, with respect to the first set of images, for the Chedi Club at Tanah Gajah, Ubud, the images appearing at the green-colored locations are identical and the ones at the yellow-colored ones are identical.

| This Case: | The New York Action: |
|---|---|
| **The Chedi Club at Tanah Gajah, Ubud** | **The Chedi Club at Tanah Gajah, Ubud** |
| 2-A, pg. 2, ==3==, 4 | ==1-13, pg. 13== |
| ==2-B, pg. 2== | ==1-20, pg. 2== |
| 2-O, pg. 4 | 1-23, pg. 4 |
| 2-P, pg. ==2==, 3, ==4== | ==1-44, pg. 2== |
| 2-LL, pg. 4 | ==1-51, pg. 4== |
| 2-MM, pg. ==2==, 3, ==4== | ==1-67, pg. 2== |
| 2-YY, pg. 3, ==4== | ==1-71, pg. 7== |
| 2-ZZ, pg. 2, ==3== | ==1-76, pg. 2== |
| 2-KKK, pg. 4 | ==1-77, pg. 2== |
| 2-LLL, pg. ==2==, 3, ==4== | ==1-78, pg. 2== |
| 2-XXX, pg. 3, ==4== | ==1-82, pg. 2== |
| 2-YYY, pg. 2, ==3== | ==1-85, pg. 2== |
| | ==1-95, pg. 2== |
| **TOTAL images: 4 (2 same)** | 1-96, pg. ==2==, 6 |
| | ==1-97, pg. 2== |
| | **TOTAL images: 4** |

DECLARATION OF REBECCA J. CONTLA

| The Chedi, Chiang Mai | The Chedi, Chiang Mai |
|---|---|
| 2-B, pg. 3, 4<br>2-C, pg. 2, 3, 4<br>2-D, pg. 2, 3, 4<br>2-E, pg. 2, 3<br>2-Q, pg. 2, 3, 4<br>2-R, pg. 2, 3, 4<br>2-S, pg. 2, 3, 4<br>2-T, pg. 2<br>2-BB, pg. 2, 3, 4<br>2-CC, pg. 2, 3, 4<br>2-DD, pg. 2, 3, 4<br>2-NN, pg. 2, 3, 4<br>2-OO, pg. 2, 3, 4<br>2-PP, pg. 2, 3, 4<br>2-VV, pg. 2<br>2-ZZ, pg. 4<br>2-AAA, pg. 2, 3, 4<br>2-BBB, pg. 2, 3, 4<br>2-CCC, pg. 2, 3, 4<br>2-MMM, pg. 2, 3, 4<br>2-NNN, pg. 2, 3, 4<br>2-OOO, pg. 2, 3, 4<br>2-PPP, pg. 2<br>2-YYY, pg. 4<br>2-ZZZ, pg. 2, 3, 4<br>2-AAAA, pg. 2, 3, 4<br>2-BBBB, pg. 2, 3, 4<br><br>TOTAL images: 11 (3 same) | 1-37, pg. 3, 3<br>1-41, pg. 3<br>1-48, pg. 4<br>1-68, pg. 8<br>1-71, pg. 3<br>1-77, pg. 4<br>1-79, pg. 2<br>1-87, pg. 6<br>1-91, pg. 2<br>1-95, pg. 3<br><br>TOTAL images: 9 |
| The Datai | The Datai |
| 2-E, pg. 4<br>2-F, pg. 2<br>2-T, pg. 3, 4<br>2-EE, pg. 2, 3<br>2-QQ, pg. 2, 3<br>2-DDD, pg. 2, 3<br>2-PPP, pg. 3, 4<br>2-CCCC, pg. 2, 3<br><br>TOTAL images: 2 (1 same) | 1-63, pg. 5<br>1-68, pg. 9<br>1-69, pg. 2<br><br>TOTAL images: 2 |

DECLARATION OF REBECCA J. CONTLA

| The Leela Goa | The Leela Goa |
|---|---|
| 2-F, pg. 3, 4 | 1-61, pg. 2 |
| 2-G, pg. 2, 3, 4 | 1-63, pg. 4 |
| 2-H, pg. 2, 3 | 1-73, pg. 5 |
| 2-CCCC, pg. 4 | 1-79, pg. 4 |
| 2-DDDD, pg. 2, 3, 4 | 1-88, pg. 3 |
| 2-EEEE, pg. 2, 3, 4 | 1-92, pg. 4, 4, 4 |
| TOTAL images: 7 (2 same) | TOTAL images: 8 |

| The Chedi Muscat | The Chedi Muscat |
|---|---|
| 2-H, pg. 4 | 1-13, pg. 4, 4, 7, 7 (2 different pict. each) |
| 2-I, pg. 2, 3, 4 | 1-14, pg. 2, 5 |
| 2-J, pg. 2, 3, 4 | 1-15, pg. 2, 2, 5, 5 (2 different pict. each) |
| 2-K, pg. 2, 3 | 1-18, pg. 5, 5 (2 different pict. each) |
| 2-U, pg. 2, 3, 4 | 1-22, pg. 2, 5 |
| 2-V, pg. 2, 3, 4 | 1-24, pg. 4 |
| 2-W, pg. 2, 3, 4 | 1-25, pg. 1 |
| 2-EE, pg. 4 | 1-30, pg. 4, 4, 4, 5, 5, 5 (3 different pict. each) |
| 2-FF, pg. 2, 3, 4 | 1-33, pg. 2 |
| 2-GG, pg. 2, 3, 4 | 1-35, pg. 2, 4, 7 |
| 2-HH, pg. 2, 3 | 1-40, pg. 2, 4, 4, 4, 4, 4 (5 different pict.), 6 |
| 2-QQ, pg. 4 | 1-41, pg. 2, 5 |
| 2-RR, pg. 2, 3, 4 | 1-44, pg. 4, 7, 11 |
| 2-SS, pg. 2, 3, 4 | 1-45, pg. 2, 5 |
| 2-TT, pg. 2, 3 | 1-46, pg. 3, 6 |
| 2-DDD, pg. 4 | 1-47, pg. 3, 6 |
| 2-EEE, pg. 2, 3, 4 | 1-48, pg. 3, 5 |
| 2-FFF, pg. 2, 3, 4 | 1-51, pg. 6, 9 |
| 2-GGG, pg. 2, 3 | 1-52, pg. 4, 7 |
| 2-QQQ, pg. 2, 3, 4 | 1-63, pg. 3, 6 |
| 2-RRR, pg. 2, 3, 4 | 1-67, pg. 4, 7 |
| 2-SSS, pg. 2, 3, 4 | 1-68, pg. 5, 7, 10 |
| 2-FFFF, pg. 2, 3, 4 | 1-69, pg. 4, 7 |
| 2-GGGG, pg. 2, 3, 4 | 1-70, pg. 3, 6 |
| 2-HHHH, pg. 2, 3, 4 | 1-71, pg. 2, 5 |
|  | 1-73, pg. 2, 4 |
| TOTAL images: 9 (7 same) | 1-76, pg. 3, 5 |
|  | 1-78, pg. 4, 7 |
|  | 1-79, pg. 3 |
|  | 1-80, pg. 2, 4 |
|  | 1-82, pg. 5, 8 |
|  | 1-83, pg. 4, 6, 10 |
|  | 1-85, pg. 5, 8 |
|  | 1-87, pg. 5 |

DECLARATION OF REBECCA J. CONTLA



DECLARATION OF REBECCA J. CONTLA

| | |
|---|---|
| | 1-97, pg. 4<br>1-98, pg. 3<br><br>TOTAL images: 19 |
| **The Setai**<br><br>2-L, pg. 4<br>2-M, pg. 2, 3, 4<br>2-N, pg. 2, 3, 4<br>2-O, pg. 2, 3<br>2-Y, pg. 2, 3, 4<br>2-Z, pg. 2, 3, 4<br>2-AA, pg. 2, 3, 4<br>2-II, pg. 4<br>2-JJ, pg. 2, 3, 4<br>2-KK, pg. 2, 3, 4<br>2-LL, pg. 2, 3<br>2-VV, pg. 3, 4<br>2-WW, pg. 2, 3, 4<br>2-XX, pg. 2, 3, 4<br>2-YY, pg. 2<br>2-HHH, pg. 4<br>2-III, pg. 2, 3, 4<br>2-JJJ, pg. 2, 3, 4<br>2-KKK, pg. 2, 3<br>2-UUU, pg. 3, 4<br>2-VVV, pg. 2, 3, 4<br>2-WWW, pg. 2, 3, 4<br>2-XXX, pg. 2<br>2-KKKK, pg. 2, 3, 4<br>2-LLLL, pg. 2, 3, 4<br><br>TOTAL images: 9 (7 same) | **The Setai**<br><br>1-13 pg. 2, 2, 8, 9, 10, 10, 11, 11, 12, 12<br>1-14 pg. 6, 7, 8, 9<br>1-16, pg. 2<br>1-17, pg. 2, 3, 4, 5, 6<br>1-18, pg. 2, 2, 6, 7, 7, 8, 8, 9, 9, 10<br>1-19, pg. 2, 3<br>1-21, pg. 2, 3<br>1-22, pg. 6, 8, 9, 10<br>1-23, pg. 6, 7<br>1-24, pg. 2, 2<br>1-25, pg. 2, 3, 4, 5<br>1-26, pg. 2, 3, 4<br>1-27, pg. 2, 2, 3, 4<br>1-28, pg. 2, 3, 4, 5, 6, 7<br>1-29, pg. 3<br>1-31, pg. 1, 2, 3, 3, 3, 3, 3, 3, 4, 5, 5<br>1-32, pg. 2, 3<br>1-34, pg. 1, 2, 3, 4, 5<br>1-35, pg. 5, 6, 8<br>1-36, pg. 2, 3<br>1-38, pg. 2, 3, 4, 5, 6, 7, 7, 7<br>1-39, pg. 2, 4, 5, 6, 7<br>1-40, pg. 5, 7, 8<br>1-41, pg. 6, 8, 9<br>1-42, pg. 2, 3, 4<br>1-43, pg. 2, 3, 4<br>1-44, pg. 8, 10, 12, 12<br>1-45, pg. 6, 8, 9, 10<br>1-46, pg. 7, 9, 10, 11<br>1-47, pg. 7, 9, 10, 11<br>1-48, pg. 2, 6, 7, 8, 9, 10<br>1-49, pg. 2<br>1-50, pg. 2, 3<br>1-51, pg. 3, 10, 12, 13<br>1-52, pg. 2, 8, 9, 10<br>1-53, pg. 2<br>1-54, pg. 2, 3<br>1-55, pg. 2<br>1-56, pg. 2 |

DECLARATION OF REBECCA J. CONTLA

LEWIS ROCA ROTHGERBER
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

1-57, pg. 2, 2, 2, 2 (4 different pict. each)
1-58, pg. 2, 2, 2, 2 (4 different pict. each)
1-59, pg. 2
1-60, pg. 2
1-62, pg. 2, 3, 4
1-64, pg. 5, 7, 8, 9
1-65, pg. 2
1-67, pg. 8, 9, 10
1-69, pg. 8, 10, 11, 12
1-70, pg. 7, 8, 9, 10, 11
1-71, pg. 6, 9, 10, 11
1-73, pg. 6, 7, 7, 8
1-74, pg. 2, 3, 4, 5
1-75, pg. 2, 3
1-76, pg. 6, 8, 9
1-77, pg. 3, 5, 5, 5, 6
1-78, pg. 3, 8, 10, 11
1-79, pg. 6
1-80, pg. 5, 6, 7, 8
1-81, pg. 3, 4
1-82, pg. 3, 9, 10, 11, 12
1-83, pg. 2, 7, 8, 9
1-84, pg. 2, 2, 2
1-85, pg. 3, 9, 11, 12
1-86, pg. 2, 3, 4, 5, 6, 7
1-87, pg. 2, 3
1-88, pg. 5
1-89, pg. 2, 3, 4
1-90, pg. 2, 3, 4
1-91, pg. 4
1-92, pg. 5, 6
1-93, pg. 2, 3, 4, 5
1-94, pg. 2
1-95, pg. 4, 5, 6
1-96, pg. 7
1-97, pg. 7, 9
1-98, pg. 2, 4, 5, 6, 7

**TOTAL images: 50**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 18, 2015

*/s/ Rebecca J. Contla*

Rebecca J. Contla

8

DECLARATION OF REBECCA J. CONTLA

LEWIS ROCA ROTHGERBER
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996