NATE A. GARHART (CA Bar No. 196872)
(nate@cobaltlaw.com)
VIJAY K. TOKE (CA Bar No. 215079)
(vijay@cobaltlaw.com)

COBALT LLP
918 Parker Street, Bldg. A21
Berkeley, CA 94710
Telephone: (510) 841-9800
Facsimile: (510) 295-2401

Attorneys for Plaintiff
THE WAVE STUDIO, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>  Plaintiff,<br><br>  v.<br><br>VISA INC., a Delaware Corporation, and DOES 1-100,<br><br>  Defendants. | Case No.: 3:15-CV-00239-JST<br><br>**STIPULATION TO TRANSFER CASE TO THE SOUTHERN DISTRICT OF NEW YORK AND (PROPOSED) ORDER THEREON** |

Plaintiff, The Wave Studio, LLC ("Plaintiff"), and Defendant Visa Inc. ("Visa"), by and through their attorneys of record hereby agree and stipulate as follows:

The Parties stipulate that the above-captioned proceeding shall be transferred to the Southern District of New York. Visa believes this case is related to litigation currently pending before Hon. Cathy Seibel and Hon. Paul E. Davison of the Southern District of New York, styled *The Wave Studio, LLC v. General Hotel Management, et al.*, Case No. 7:13-cv-09239-CS-PED (S.D.N.Y.)(the "GHM Action") and should therefore be consolidated with the GHM Action. Plaintiff denies this action is related to the GHM Action. The parties agree that the transfer stipulated here is without prejudice as to the issue of consolidation with the GHM Action and that

1  upon transfer to the Southern District of New York, Visa may seek to file a motion to consolidate
2  this action with the GHM Action.
3       THEREFORE, THE PARTIES HEREBY STIPULATE that this action be transferred to the
4  Southern District of New York.
5       IT IS SO STIPULATED.
6       DATED: June 15, 2015                COBALT LLP

                                            By:   /s/  Vijay K. Toke
                                                  Vijay K. Toke

                                            Attorneys for Plaintiff
                                            THE WAVE STUDIO, LLC

12      DATED: June 15, 2015                LEWIS ROCA ROTHGERBER LLP

                                            By:   /s/  Jonathan W. Fountain
                                                  Jonathan W. Fountain

                                            Attorneys for Defendant
                                            VISA INC.

18      PURSUANT TO STIPULATION, IT IS SO ORDERED.

20      Dated:
                                            _____
                                                     Hon. Jon S. Tigar
                                             UNITED STATES DISTRICT JUDGE

24  / / /
25  / / /

**ATTESTATION OF CONCURRENCE**

I, Vijay K. Toke, attest that I am one of the attorneys for Plaintiff The Wave Studio, LLC, a New York limited liability company, and, as the ECF user and filer of this document, I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Jonathan W. Fountain, the above signatory.

Dated: June 15, 2015         By:   /s/ Vijay K. Toke
                                   Vijay K. Toke